UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP -7 2018 MH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael F. Hughes

2013110608 0

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dentist Kahn

1:18-cv-06138
Judge Virginia M. Kendall
Magistrate Judge Michael T. Mason
PC 9

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:    ~~AMENDED COMPLAINT~~   M.H
                   Original

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Reviewed: 8/2013

I. Plaintiff(s):

   A. Name: Michael T. Hughes

   B. List all aliases: _____

   C. Prisoner identification number: 2015 1106050

   D. Place of present confinement: CCDOC

   E. Address: 26th California Ave Chicago IL

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Dentist Kahn

      Title: Dentist

      Place of Employment: CCDOC DIV 8 RTU

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Micheal T. Hughes V. Tom Dart, Et Al # 1:18-cv-5582

B. Approximate date of filing lawsuit: August 14, 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Micheal T. Hughes

D. List all defendants: Tom Dart, Class. Lt. Lewis, Deputy Wolfe, Deputy E. Romanov

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court, N. District of Ill

F. Name of judge to whom case was assigned: Virginia M. Kendall

G. Basic claim made: Failure to Protect through violation of constitutional violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: August 14, 2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 1/2013

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 2, 2018 I put in the appropriate medical slips to be seen by Div 8 RTU's Dentist Kahn because I was in a recent altercation where I was attacked by multiple detainees causing facial pain and injury to one of my teeth. I was in extreme pain because of this, so much so I was unable to sleep or do much of anything to find relief or comfort. I put in several medical slips expressing my particular situation, to no avail from the Cermak staff. I was able to ascertain an appointment with a nurse to try to address the issue and was given a second "Emergency Dental Request" where if I have not been seen by the 10th day from then I was supposed to drop the "Emergency" form and be seen as priority. I didn't get seen by a dentist until weeks after the secondary slip and when I was seen I was put on an ineffective pain medication and antibiotics, which I was told that I had to do before I could be given any medical treatment for my medical issue. I was to do the regiment of pain medication and

4

for a week and come back and do the procedure to have my tooth extracted. I followed all the instructions and took all the medication as provided but when the week was over and the medication was depleted I was consequently rescheduled and pushed back. I did not see the dentist for about a month and a half past the initial complaint my appointments were cancelled twice without explanation. I suffered greatly because of this gross mishandling of medical care, but once I finally saw a Dentist (Kahn) my tooth was extracted without a problem or delay which is interesting because I was not on any antibiotics for about a month plus but this was no issue no for Dentist Kahn. The following is a list of claims of constitutional violations that Dentist Kahn has infringed where my rights are concerned:

1) Deliberate Indifference
2) Gross Medical Negligence
3) Inadequate medical care
4) untimely and delay of serious medical care
5) Emotional pain and suffering because the pain was so serious I contemplated harming myself just to abate it.

Reviewed: 8/2013

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I pray for the Honorable court to afford me a due penalty and a fair wage, which should be awarded in the sum of $250,000 dollars.

Thank you

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this August day of 28, 2018

_Michael Hughes_
**(Signature of plaintiff or plaintiffs)**

Michael Hughes
**(Print name)**

20151106050
**(I.D. Number)**

26th California Ave
Chicago IL 60608
**(Address)**



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 20180330?
**INMATE #:** 734260

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso)*: Hughes
**INMATE FIRST NAME** *(Primer Nombre)*: Michael
**ID Number** *(# de Identificación)*: 20151106050

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 050-Dental Treatment

**IMMEDIATE CRW RESPONSE** *(if applicable)*:

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services)*: Cermak Health Services
**DATE REFERRED:** 3/21/18

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Patient seen by dental on 3/21.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Hayes
**SIGNATURE:**
**DIV./DEPT.:**
**DATE:** 3/22/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Michael Hughes
**DATE RESPONSE WAS RECEIVED:** 3/26/18

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 3/26/18

**INMATE'S BASIS FOR AN APPEAL:** The 21 signifies the 16 days past the secondary appointment where I was in pain

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐  No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Pt was seen by dental on 3/21 and has upcoming appointment. Pt had adequate pain meds from before February and was taking them

**INMATE SERVICES DIRECTOR/DESIGNEE:** Alexander DNP
**SIGNATURE:**
**DATE:** 4/5/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Michael Hughes
**DATE APPEAL RESPONSE WAS RECEIVED:** 4/8/18

(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other:_____

**PRINT - INMATE LAST NAME** (Apellido del Preso): Hughes
**PRINT - FIRST NAME** (Primer Nombre): Michael
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20151106050

**DIVISION** (División): 8
**LIVING UNIT** (Unidad): 3-A
**DATE** (Fecha): 3/16/18

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 3/15/18 | 3/ 12:00p | Div 8 Dental | Dental Department |

I put in a yellow slip 13 days ago about an ongoing dental issue that has caused me great pain for several days because of an altercation that occured on tier 3-F where I was physically assaulted sustaining facial injury and oral pain. I still as of this date and after putting in a secondary pink slip I still have not been seen. The pain is still there increasing to the point to where I cant sleep. I still have not recieved any medical care for my dental issue

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información:)
Cermak records

**INMATE SIGNATURE:** (Firma del Preso): Michael Hughes

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** (S.Davis) Mitchell
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3.15.18

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY –



1:18-cv-06138
Judge Virginia M. Kendall
Magistrate Judge Michael T. Mason
PC 9

09/07/2018-25

Michael T. Hughes
2015110605O
Div 8 RTU
P.O. Box 089002
Chicago ILL, 60608

Prisone Correspondent
United States District Court
219 S. Dearborn Street
Chicago IL 60604