United States District Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| Michael T. Hughes, Plaintiff, vs Khan, Defendants, | Case No. 18C 6138 <br><br> Honorable Virginia Kendall <br> Magistrate Jeffrey Cummings <br><br> Rule 26 Disclosures |

FILED
JUN 28 2019 KB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Rule 26(a)(1) Initial Disclosure

I, Michael T. Hughes, moves the defense in respect to the representative Miguel E. Larios; to explore the opportunity to conduct an Initial Disclosure under Rule 26(a)(1). The Initial Disclosure must possess the relevant: witnesses, Documents, Computation of Damages, and Insurance agreements.

## Rule 26(f) Discovery Planning Meeting

If possible I will like to attempt to communicate with the defense and establish a focused strategic discovery plans. If able I will like to meet face to face with defense or have a line where I can call for free from CCDOC, both creating a channel of dialogue and expediting legal processes. I truely believe in the judiciary process as well as the efficiency in cordial correspondence with representatives of opposing parties. This is potentially an alleviating proposal in comparison to more deliberate discovery methods.

## Status hearing Request

I will like to also move this court to file an appearance of both the defense and I to assess the fluency of the process and offer guidance and assistance were needed. I greatly respect and holds the Honorable insight to a high standard and believe if their is any conclusionary issues that the bench will be the most appropriate forum to resolve them.

I declare under penalty of Perjury that the foregoing is true & correct.

Date: 6/20/19

Name: Micheal T. Hughes
Signed: *[signature]*

Name: Michael T. Hughes
ID#: 2015116050
Div.: 8   Tier: 3-S
P.O. Box 089002
Chicago, IL 60608

2019 JUN 28  AM 8:20

06/28/2019-35



United States District Court

Prisoner Correspondence

219 S. Dearborn St

Chicago IL 60604

**LEGAL MAIL**